IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |
|---|---|
| MID-SOUTH CHAPTER OF PARALYZED VETERANS OF AMERICA, et al., ) ) ) Plaintiffs, ) ) vs. ) New MEMPHIS PUBLIC BUILDING AUTHORITY OF MEMPHIS, et al., ) ) ) Defendants. ) | No. 04-2353-M1V |

## ORDER GRANTING PARTIES' JOINT MOTION TO EXTEND THE DEADLINES IN THE SCHEDULING ORDER

Before the court is the April 18, 2005, Parties' Joint Motion to Extend the Deadlines in the Scheduling Order. For good cause shown, the motion is granted. The following dates are established as the final dates for:

JOINING PARTIES:  June 1, 2005

AMENDING PLEADINGS:  June 1, 2005

COMPLETING ALL DISCOVERY:  December 16, 2005

PLAINTIFFS' EXPERT DISCLOSURE:  October 14, 2005

DEFENDANTS' EXPERT DISCLOSURE:  November 16, 2005

FILING DISPOSITIVE MOTIONS:  January 31, 2006

OTHER RELEVANT MATTERS:

No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 4-26-05

(96)

filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

This case is set for non-jury trial, and the trial is expected to last 3-4 days. The pretrial order date, pretrial conference date, and trial date will be reset by the presiding judge.

At this time, the parties are uncertain as to whether this case is appropriate for ADR. The parties will notify the court after the close of discovery if it is determined this case is appropriate for ADR.

The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59, and 60 shall be accompanied by a proposed order.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties have not consented to trial before the magistrate judge.

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

IT IS SO ORDERED.

                                  _Diane K. Vescovo_
                                  DIANE K. VESCOVO
                                  UNITED STATES MAGISTRATE JUDGE
                                  DATE: _April 22, 2005_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 96 in case 2:04-CV-02353 was distributed by fax, mail, or direct printing on April 26, 2005 to the parties listed.

---

Heather Anne Kirksey
CITY ATTORNEYS OFFICE
125 N. Main Street
Rm. 314
Memphis, TN 38103

Donald A. Donati
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

Carrie Clark Thomas
SPENCEWALK, PLLC
One Commerce Square
Ste. 2200
Memphis, TN 38103

Robert L.J. Spence
SPENCEWALK
One Commerce Square
Ste 2200
Memphis, TN 38103

Fred E. Jones
CITY ATTORNEY'S OFFICE-Memphis
125 N. Main Street
Ste. 314
Memphis, TN 38103

Sara L. Hall
CITY ATTORNEYS OFFICE
125 N. Main Street
Rm. 314
Memphis, TN 38103

William B. Ryan
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

Robert B. Rolwing
COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT