IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

MID-SOUTH CHAPTER OF PARALYZED )
VETERANS OF AMERICA, KEITH MORRIS, )
CARL FLEMONS, TOM HAFFORD, and )
LARRY HALE, )
)
    Plaintiffs, )
)
v. ) Docket No. 04-CV-2353 Ml/V
)
NEW MEMPHIS PUBLIC BUILDING )
AUTHORITY OF MEMPHIS & SHELBY )
COUNTY; CITY OF MEMPHIS, TENNESSEE; )
SHELBY COUNTY, TENNESSEE, and )
HOOPS, L.P., )
)
    Defendants. )

## ORDER GRANTING DEFENDANT PBA'S
## MOTION TO ADD A THIRD PARTY DEFENDANT

Before the Court is Defendant PBA's Motion to Add a Third Party Defendant. For good cause shown, Defendant PBA's Motion to add Ellerbe Beckett as a Third-Party Defendant is GRANTED.

IT IS SO ORDERED this 21st day of April, 2005.

          HONORABLE JON PHIPPS MCCALLA
          UNITED STATES ~~DISTRICT~~ Magistrate JUDGE

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 97 in case 2:04-CV-02353 was distributed by fax, mail, or direct printing on April 26, 2005 to the parties listed.

---

Sara L. Hall
CITY ATTORNEYS OFFICE
125 N. Main Street
Rm. 314
Memphis, TN 38103

Heather Anne Kirksey
CITY ATTORNEYS OFFICE
125 N. Main Street
Rm. 314
Memphis, TN 38103

William B. Ryan
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

Donald A. Donati
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

Robert B. Rolwing
COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Carrie Clark Thomas
SPENCEWALK, PLLC
One Commerce Square
Ste. 2200
Memphis, TN 38103

Robert L.J. Spence
SPENCEWALK
One Commerce Square
Ste 2200
Memphis, TN 38103

Fred E. Jones
CITY ATTORNEY'S OFFICE-Memphis
125 N. Main Street
Ste. 314
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT