IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 MAY -3 PM 4:52

ROBERT R. DiTROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| MID-SOUTH CHAPTER OF PARALYZED VETERANS OF AMERICA, KEITH MORRIS, CARL FLEMONS, TOM HAFFORD, and LARRY HALE, <br><br> Plaintiffs, <br><br> v. <br><br> NEW MEMPHIS PUBLIC BUILDING AUTHORITY OF MEMPHIS & SHELBY COUNTY; CITY OF MEMPHIS, TENNESSEE; SHELBY COUNTY, TENNESSEE; and HOOPS, L.P., <br><br> Defendants. | No. 04-2353 Ml/V |

### ORDER RESETTING TRIAL SCHEDULE

The Court hereby sets the following trial schedule in this case:

Trial: <u>Monday, April 17, 2006, at 9:30 a.m.</u>

Pretrial Conference: <u>Monday, April 10, 2006, at 8:45 a.m.</u>

Pretrial Order: <u>Monday, April 3, 2006, by 4:30 p.m.</u>

So ORDERED this _3_ day of May, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5-4-05

(99)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 99 in case 2:04-CV-02353 was distributed by fax, mail, or direct printing on May 4, 2005 to the parties listed.

---

Robert B. Rolwing
COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Donald A. Donati
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

Heather Anne Kirksey
CITY ATTORNEYS OFFICE
125 N. Main Street
Rm. 314
Memphis, TN 38103

Fred E. Jones
CITY ATTORNEY'S OFFICE-Memphis
125 N. Main Street
Ste. 314
Memphis, TN 38103

Carrie Clark Thomas
SPENCEWALK, PLLC
One Commerce Square
Ste. 2200
Memphis, TN 38103

Sara L. Hall
CITY ATTORNEYS OFFICE
125 N. Main Street
Rm. 314
Memphis, TN 38103

Robert L.J. Spence
SPENCEWALK
One Commerce Square
Ste 2200
Memphis, TN 38103

William B. Ryan
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

Honorable Jon McCalla
US DISTRICT COURT