IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

MID-SOUTH CHAPTER OF PARALYZED
VETERANS OF AMERICA, KEITH MORRIS,
CARL FLEMONS, TOM HAFFORD, and
LARRY HALE,

    Plaintiffs,

v.                                                              Civil Action No.: 04-CV-2353 Ml/V

CITY OF MEMPHIS, TENNESSEE;
SHELBY COUNTY, TENNESSEE, and
HOOPS, L.P.,

    Defendants,

NEW MEMPHIS ARENA PUBLIC BUILDING
AUTHORITY OF MEMPHIS & SHELBY
COUNTY,

    Defendant and Third-Party Plaintiff,

v.

ELLERBE BECKET, INC.,

    Third-Party Defendant

---

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

For good cause shown the Third-Party Defendant Ellerbe Becket, Inc. is granted an additional twenty (20) days to plead to the third-party complaint *through and including July 29, 2005.*

                              _____
                              UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6-30-05

                             OR

                             *Diane K. Vescovo*
                             UNITED STATES MAGISTRATE JUDGE
                             June 30, 2005

K:\jmcquiston\Ellerbee\pld jm - (PVA) Order, Extension.doc

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 103 in case 2:04-CV-02353 was distributed by fax, mail, or direct printing on June 30, 2005 to the parties listed.

---

Donald A. Donati
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

Fred E. Jones
CITY ATTORNEY'S OFFICE-Memphis
125 N. Main Street
Ste. 314
Memphis, TN 38103

Robert B. Rolwing
COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

John McQuiston
EVANS & PETREE
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Robert L.J. Spence
SPENCEWALK, PLLC
One Commerce Square
Ste. 2200
Memphis, TN 38103

Carrie Clark Thomas
SPENCEWALK, PLLC
One Commerce Square
Ste. 2200
Memphis, TN 38103

Heather Anne Kirksey
CITY ATTORNEYS OFFICE
125 N. Main Street
Rm. 314
Memphis, TN 38103

Sara L. Hall
CITY ATTORNEYS OFFICE
125 N. Main Street
Rm. 314
Memphis, TN 38103

William B. Ryan
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

Honorable Jon McCalla
US DISTRICT COURT