IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.
05 AUG 22  PM 4:40

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

---

MID-SOUTH CHAPTER OF PARALYZED
VETERANS OF AMERICA, KEITH MORRIS,
CARL FLEMONS, TOM HAFFORD, and
LARRY HALE

      Plaintiffs,

v.                                          NO.   04-CV-2353 Ml/V

CITY OF MEMPHIS, TENNESSEE;
SHELBY COUNTY, TENNESSEE, and
HOOPS, L.P.

      Defendants,

NEW MEMPHIS ARENA PUBLIC BUILDING
AUTHORITY OF MEMPHIS & SHELBY
COUNTY,

      Defendant and Third-Party Plaintiff,

v.

ELLERBE BECKET, INC.,

      Third-Party Defendant.

---

### ORDER GRANTING
### MOTION FOR SUBSTITUTION OF COUNSEL

---

**IT APPEARS TO THE COURT** that the parties hereto consent and stipulate that Fred E. Jones, Jr. and Robert Rolwing may substitute in as counsel for the New Memphis Public Building Authority of Memphis and Shelby County in place of current counsel of record, Robert L. J. Spence, Jr.

1

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  8-23-05



**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Fred E. Jones, Jr. and Robert Rolwing be substituted in as counsel of record for The New Memphis Public Building Authority of Memphis and Shelby County in place of Robert L. J. Spence, Jr.

*[signature]*
JUDGE U.S. Magistrate Judge

August 22, 2005
DATE

I:\Atty_all\Lawsuits.2004\04-122 Paralyzed Vets\Pleadings\Order Granting Motion for Substitution of Counsel.wpd

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 107 in case 2:04-CV-02353 was distributed by fax, mail, or direct printing on August 23, 2005 to the parties listed.

---

Fred E. Jones
CITY ATTORNEY'S OFFICE-Memphis
125 N. Main Street
Ste. 314
Memphis, TN 38103

Donald A. Donati
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

Sara L. Hall
CITY ATTORNEYS OFFICE
125 N. Main Street
Rm. 314
Memphis, TN 38103

Carrie Clark Thomas
SPENCEWALK, PLLC
One Commerce Square
Ste. 2200
Memphis, TN 38103

Robert L.J. Spence
SPENCEWALK, PLLC
One Commerce Square
Ste. 2200
Memphis, TN 38103

William B. Ryan
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

Robert B. Rolwing
COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

John McQuiston
EVANS & PETREE
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Heather Anne Kirksey
CITY ATTORNEYS OFFICE
125 N. Main Street
Rm. 314
Memphis, TN 38103

Fred E. Jones
CITY ATTORNEY'S OFFICE-Memphis
125 N. Main Street
Ste. 314
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT