IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ⟨sig⟩ D.C.

05 DEC -2 PM 5: 20

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF MEMPHIS

MID-SOUTH CHAPTER OF PARALYZED
VETERANS OF AMERICA, KEITH MORRIS,
CARL FLEMONS, TOM HAFFORD, and
LARRY HALE,

       Plaintiffs,

v.                                                         Civil Action No.: 04-CV-2353 M1/V

CITY OF MEMPHIS, TENNESSEE;
SHELBY COUNTY, TENNESSEE, and
HOOPS, L.P.,

       Defendants,

NEW MEMPHIS ARENA PUBLIC BUILDING
AUTHORITY OF MEMPHIS & SHELBY
COUNTY,

       Defendant and Third-Party Plaintiff,

v.

ELLERBE BECKETT, INC.,

       Third-Party Defendant

---

ORDER GRANTING
MOTION OF THIRD PARTY DEFENDANT ELLERBE BECKET, INC.
FOR NEW SCHEDULE AND POSTPONING DEPOSITIONS

---

ORDERED for good cause shown, that the Motion of Third-Party Defendant Ellerbe Becket, Inc. to postpone the depositions scheduled for December 6-13, 2005, and to set aside and revise the present Rule 16(b) Scheduling Order is granted. A scheduling conference is set for Thu. Dec. 15, 2005 at 9:00 A.m. by telephone.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 12-5-05

127

The depositions noticed for December 6-13, 2005 shall be postponed, to be reset by agreement of counsel based on the new schedule.

A new trial date shall be set by the Court after the scheduling conference.

_____
UNITED STATES DISTRICT JUDGE     OR   ~~UNITED STATES MAGISTRATE JUDGE~~

Dec. 2, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 127 in case 2:04-CV-02353 was distributed by fax, mail, or direct printing on December 5, 2005 to the parties listed.

---

Carrie Clark Thomas
SPENCEWALK, PLLC
One Commerce Square
Ste. 2200
Memphis, TN 38103

Robert L.J. Spence
SPENCEWALK, PLLC
One Commerce Square
Ste. 2200
Memphis, TN 38103

William B. Ryan
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

Robert B. Rolwing
COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

John McQuiston
EVANS & PETREE
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Heather Anne Kirksey
CITY ATTORNEYS OFFICE
125 N. Main Street
Rm. 314
Memphis, TN 38103

Fred E. Jones
CITY ATTORNEY'S OFFICE-Memphis
125 N. Main Street
Ste. 314
Memphis, TN 38103

Fred E. Jones
CITY ATTORNEY'S OFFICE-Memphis
125 N. Main Street
Ste. 314
Memphis, TN 38103

Sara L. Hall
CITY ATTORNEYS OFFICE
125 N. Main Street
Rm. 314
Memphis, TN 38103

Donald A. Donati
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

Honorable Jon McCalla
US DISTRICT COURT