IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| MID-SOUTH CHAPTER OF PARALYZED VETERANS OF AMERICA, KEITH MORRIS, CARL FLEMONS, TOM HAFFORD, and LARRY HALE, <br><br> Plaintiffs, <br><br> v. <br><br> NEW MEMPHIS PUBLIC BUILDING AUTHORITY OF MEMPHIS & SHELBY COUNTY; CITY OF MEMPHIS, TENNESSEE; SHELBY COUNTY, TENNESSEE; and HOOPS, L.P., <br><br> Defendants. | No. 04-2353 Ml/V |

**ORDER SETTING TELEPHONE CONFERENCE**

The Court will hold a brief telephone conference in this cause on <u>Thursday, December 15, 2005, at 9:00 a.m.</u>  The parties should be prepared to discuss the pending motion for extension of deadlines and resetting of trial date.  Defendant Memphis Public Building Authority of Memphis & Shelby County shall initiate the call with all parties on the line.

So ORDERED this 2 day of December, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-5-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 128 in case 2:04-CV-02353 was distributed by fax, mail, or direct printing on December 5, 2005 to the parties listed.

---

Carrie Clark Thomas
SPENCEWALK, PLLC
One Commerce Square
Ste. 2200
Memphis, TN 38103

Robert L.J. Spence
SPENCEWALK, PLLC
One Commerce Square
Ste. 2200
Memphis, TN 38103

William B. Ryan
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

Robert B. Rolwing
COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

John McQuiston
EVANS & PETREE
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Heather Anne Kirksey
CITY ATTORNEYS OFFICE
125 N. Main Street
Rm. 314
Memphis, TN 38103

Fred E. Jones
CITY ATTORNEY'S OFFICE-Memphis
125 N. Main Street
Ste. 314
Memphis, TN 38103

Fred E. Jones
CITY ATTORNEY'S OFFICE-Memphis
125 N. Main Street
Ste. 314
Memphis, TN 38103

Sara L. Hall
CITY ATTORNEYS OFFICE
125 N. Main Street
Rm. 314
Memphis, TN 38103

Donald A. Donati
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

Honorable Jon McCalla
US DISTRICT COURT