IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ⎯⎯ D.C.
05 DEC 15 PM 3: 47

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| MID-SOUTH CHAPTER OF PARALYZED VETERANS OF AMERICA, KEITH MORRIS, CARL FLEMONS, TOM HAFFORD, and LARRY HALE, <br><br>   Plaintiffs, <br><br> v. <br><br> NEW MEMPHIS PUBLIC BUILDING AUTHORITY OF MEMPHIS & SHELBY COUNTY; CITY OF MEMPHIS, TENNESSEE; SHELBY COUNTY, TENNESSEE; and HOOPS, L.P., <br><br>   Defendants. <br><br> NEW MEMPHIS PUBLIC BUILDING AUTHORITY OF MEMPHIS & SHELBY COUNTY, <br><br>   Third-Party Plaintiff, <br><br> v. <br><br> ELLERBE BECKETT, INC., <br><br>   Third-Party Defendant. | No. 04-2353 Ml/V |

## ORDER FOLLOWING STATUS CONFERENCE

A telephone status conference in this case was held on December 15, 2005. Appearing for Plaintiffs was Donald Donati. Appearing for Defendants New Memphis Public Building Authority of Memphis & Shelby County ("PBA") and the City of Memphis was Fred Jones, Jr. Appearing for PBA and Shelby County was Robert

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-16-05

131

Rolwing. Appearing for Defendant Hoops, L.P. was Robert Spence, Jr. Appearing for Third-Party Defendant Ellerbe Beckett, Inc. was John McQuiston.

At the conference the parties informed the Court that Plaintiffs are settling their claims against Defendants PBA, City of Memphis, and Shelby County. Those parties will submit a consent order to the Court by the end of the day and will fax a copy of the consent order to Defendant Hoops, L.P.

The Court will hold a brief telephone conference in this cause on <u>Monday, January 23, 2006, at 8:45 a.m.</u> At that conference, Plaintiffs should be prepared to discuss whether they will be proceeding with claims against Hoops, L.P. PBA should be prepared to discuss the status of its claim against Ellerbe Beckett, Inc. In the event that the case will proceed, the parties should be prepared to discuss the resetting of trial dates. Plaintiffs shall initiate the call with all remaining parties on the line.

So ORDERED this 15 day of December, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 131 in case 2:04-CV-02353 was distributed by fax, mail, or direct printing on December 16, 2005 to the parties listed.

---

Carrie Clark Thomas
SPENCEWALK, PLLC
One Commerce Square
Ste. 2200
Memphis, TN 38103

Robert L.J. Spence
SPENCEWALK, PLLC
One Commerce Square
Ste. 2200
Memphis, TN 38103

William B. Ryan
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

Robert B. Rolwing
COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

John McQuiston
EVANS & PETREE
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Heather Anne Kirksey
CITY ATTORNEYS OFFICE
125 N. Main Street
Rm. 314
Memphis, TN 38103

Fred E. Jones
CITY ATTORNEY'S OFFICE-Memphis
125 N. Main Street
Ste. 314
Memphis, TN 38103

Fred E. Jones
CITY ATTORNEY'S OFFICE-Memphis
125 N. Main Street
Ste. 314
Memphis, TN 38103

Sara L. Hall
CITY ATTORNEYS OFFICE
125 N. Main Street
Rm. 314
Memphis, TN 38103

Donald A. Donati
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

Honorable Jon McCalla
US DISTRICT COURT